**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Emma D. HANDY, Claimant— Appellant,**

v.

**207 School House Lane, Grasonville, Maryland 21638, with all buildings, appurtenances, and improvements thereon; $132,151.37 U.S. Currency (Handy), Defendants.**

No. 07–1545.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 29, 2007.

Decided: Nov. 16, 2007.

Emma D. Handy, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Allen F. Loucks, Richard Charles Kay, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emma D. Handy appeals the district court's order, following trial, forfeiting certain real property and currency to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Handy*, Nos. 1:05–cv–01702–AMD; 1:05–cv–02320– AMD (D.Md. May 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*